Outlook

From: ecf_Information@msnd.uscourts.gov <ecf_Information@msnd.uscourts.gov>
Sent: Monday, June 23, 2025 5:26:15 PM (UTC-06:00) Central Time (US & Canada)
To: MSSDdb_InterdistrictTransfer_MSSD
Subject: Transferred case has been opened

CASE: 3:25-cv-00440

DETAILS: Case transferred from Mississippi Southern
has been opened in Northern District of Mississippi
as case 4:25-cv-00091, filed 06/23/2025.